UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
)
v. ) Mag. Judge Case No. 13-MJ-2074-MBB
Miguel Manso )
~~Name of Defendant,~~ )
Defendant )

### AFFIDAVIT IN SUPPORT OF ARREST

I, Ronald Rushneck, Special Agent with the FBI, do hereby make oath before the Honorable Marianne B. Bowler, United States Magistrate Judge for the District of Massachusetts, that upon knowledge coming to me in connection with my official duties and as part of the official records of my office, I am advised that there is presently outstanding a warrant of arrest for one Miguel Manso a/k/a Colorado on an indictment filed in the Western District of New York charging the defendant with (i) conspiracy to possess with intent to distribute and to distribute heroin and cocaine in violation of 21 U.S.C. § 846, and (ii) maintaining drug-involved premises in violation of 21 U.S.C. § 856(a)(1), and I do hereby make oath that this warrant of arrest is outstanding in said District on the basis of the information set out above. A copy of said warrant is attached.

Ronald Rushneck,
Special Agent, FBI

Subscribed and sworn to before me this 11 day of April, 2013.

Hon. Marianne B. Bowler
United States Magistrate Judge

# United States District Court
### for the
### Western District of New York

| United States of America | ) | (SEALED) |
| --- | --- | --- |
| v. | ) ) ) | Case No. 13-CR-    13 CR 83 |
| MIGUEL MANSO | ) ) | |
| Defendant | | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States Magistrate Judge without unnecessary delay **Miguel Manso**, who is accused of an offense or violation based on the following document filed with the Court:

☒ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 846: the defendant did knowingly, willfully and unlawfully combine, conspire and agree together and with others, known and unknown, to possess with intent to distribute, and to distribute, 1 kilogram or more of a mixture or substance containing heroin, a Schedule I controlled substance, and a quantity of cocaine, a Schedule II controlled substance.

Date: APR 5 - 2013

*Issuing officer's signature*

City and state: Buffalo, New York

MICHAEL J. ROEMER
CLERK OF THE COURT
*Printed name and title*

| Return |
| --- |
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____. |
| Date: _____ |
| *Arresting officer's signature* |
| *Printed name and title* |

AO 442 (Rev 01/09) Arrest Warrant (Page 2)

This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.

*(Not for Public Disclosure)*

Name of defendant/offender:   **Miguel Manso**

Known aliases:

Last known residence:

Prior addresses to which defendant/offender may still have ties:

Last known employment:

Last known telephone numbers:

Place of birth:

Date of birth:   **September 23, 1970**

Social Security number:

| | |
|---|---|
| Height: | Weight: |
| Sex:   **Male** | Race:   **Hispanic** |
| Hair: | Eyes |

Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use:

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number:

Complete description of auto:

Investigative agency and address:   **FBI-Jason Galle**

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*: